# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00025-CR

**Frankie Robinson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT NO. 2020153, HONORABLE MICHAEL J. MCCORMICK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Frankie Robinson pleaded guilty to possessing cocaine with intent to deliver, was adjudged guilty by the court, and was sentenced to twenty-one years in prison as called for in a plea bargain. The trial court certified appellant's right to appeal matters that were raised by written motion and ruled on before trial. *See* Tex. R. App. P. 25.2(a)(2)(A), (d).[1] Notice of appeal was signed and filed by appellant's retained counsel, Mr. Craig F. Sandling. A reporter's record was not requested. Counsel has not responded to correspondence from this Court.

---

[1] The trial court's docket sheet reflects that appellant's written motion to suppress was heard and overruled approximately two weeks before trial. One month after perfecting appeal, counsel filed a motion asking the court for permission to appeal. Such permission was not required, at least as to the ruling on the motion to suppress and other pretrial matters. The court signed an order denying permission to appeal. This order did not alter appellant's right of appeal pursuant to rule 25.2(a)(2)(A).

The appeal is abated. The district court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether appellant is indigent, and, if he is not indigent, whether retained counsel has abandoned this appeal. *See* Tex. R. App. P. 37.3(a)(2), 38.8(b)(2). The court shall make appropriate findings and recommendations. If appellant desires to prosecute this appeal but is indigent, the court shall order the preparation of the reporter's record at no cost to appellant and appoint substitute counsel who will effectively represent appellant on appeal. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than July 29, 2005.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   June 27, 2005

Do Not Publish

2